**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

FILED
08 FEB 25 PM 2:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

February 20, 2008

**United States District Court-San Diego California**
**880 Front Street**
**San Diego, CA 92101**

'08 CV 0369 W BLM

RE: CV 08-00718 JSW Q DIAZ GATES-NGUYEN-v-J J FERGUSON

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☐ Original case file documents.

☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

[signature]
by: Hilary D. Jackson
Case Systems Administrator

2254 ✓ 1983 ____
FILING FEE PAID
Yes ____ No ✓
IFP MOTION FILED
Yes ____ No ✓
COPIES SENT TO
Court ✓ ProSe ____

Enclosures
Copies to counsel of record

February 20, 2008

**These instructions are for internal court use only.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.

FILED

08 FEB 25 PM 3:54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By ______ Deputy Clerk
Date 2/20/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q. GATES DIAZ NGUYEN, Petitioner, vs. J. J. FERGUSON, et al, Respondent. | No. C 08-0718 JSW (PR) **ORDER OF TRANSFER** |

Plaintiff, a prisoner of the State of California, currently incarcerated at the R. J. Donovan Correctional Facility in San Diego, California, has filed a petition for a writ of habeas corpus in this Court. Although the petition is somewhat incomprehensible, it is apparently seeking review of Petitioner's criminal conviction from San Diego County, which lies within the venue of the Southern District of California. *See* 28 USC § 84(d). Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see id* § 2241(d). Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Therefore, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, the Clerk of the Court shall TRANSFER this matter to the United States District Court for the Southern District of California. The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: February 12, 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Q DIAZ GATES-NGUYEN et al,

Plaintiff,

v.

J J FERGUSON et al,

Defendant.

______________________________/

Case Number: CV08-00718 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

N. Gates Garrucha-Gallego
446 Alta Road 5300
T94013
San Diego, CA 92158-0114

Q. Diaz Gates-Nguyen
446 Alta Road 5300 (4B-229)
# 7775738
San Diego, CA 92158-0114

Dated: February 12, 2008

Jennifer Ottolini

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

CLOSED, HABEAS, ProSe

**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:08-cv-00718-JSW**
**Internal Use Only**

Gates-Nugyen et al v. Ferguson
Assigned to: Hon. Jeffrey S. White
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/30/2008
Date Terminated: 02/20/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Q. Diaz Gates-Nguyen**

represented by **Q. Diaz Gates-Nguyen**
446 alta Road 5300 (4B-229)
# 7775738
San Diego, CA 92158-0114
PRO SE

**Petitioner**

**N. Gates Garrucha-Gallego**

represented by **N. Gates Garrucha-Gallego**
446 Alta Road 5300
T94013
San Diego, CA 92158-0114
PRO SE

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By ____ Deputy Clerk
Date 2-2008

V.

**Respondent**

**J.J. Ferguson**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2008 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5-ifpp). Filed byQ. Diaz Gates-Nugyen, N. Gates Garrucha-Gallego. (hdj, COURT STAFF) (Filed on 1/30/2008) (Entered: 02/05/2008) |
| 01/30/2008 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (hdj, COURT STAFF) (Filed on 1/30/2008) (Entered: 02/05/2008) |
| 02/06/2008 | 3 | CLERK'S NOTICE, CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (sv, COURT STAFF) (Filed on 2/6/2008) (Entered: 02/07/2008) |
| 02/12/2008 | 4 | ORDER OF TRANSFER. Signed by Judge Jeffrey S. White on 2/12/08. (jjo, COURT STAFF) (Filed on 2/12/2008) (Entered: 02/12/2008) |
| 02/20/2008 | 5 | (Court only) Transferred case to USDC-San Diego California. (hdj, COURT STAFF) (Filed on 2/20/2008) (Entered: 02/20/2008) |

MC-275

FILED
JAN 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(TWIN Q5) Name MR. Q. DIAZ GATES-NGUYEN
(TWIN Q4) Address MR. N. GATES GARRUCHA-GALLEGO
446 ALTA ROAD 5300 (4B-229)
SAN DIEGO, CA 92158-0114

CDC or ID Number 7775738/T94013

U.S. DISTRICT COURT - NORTHERN DISTRICT
450 GOLDEN GATE, BOX 36060, S.F., CA 94102
(Court)

E-filing JSW

| | |
|---|---|
| DIAZ; GALLEGOS; ET AL. Petitioner vs. J.J. FERGUSON; ET AL. Respondent | **PETITION FOR WRIT OF HABEAS CORPUS** CV 08 0718 No. (To be supplied by the Clerk of the Court) |

(PR)

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**
- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

08-FIE JSW





American LegalNet, Inc.
www.FormsWorkflow.com

MC-275

**This petition concerns:**

- [X] A conviction
- [X] Parole
- [X] A sentence
- [X] Credits
- [X] Jail or prison conditions
- [ ] Prison discipline
- [X] Other *(specify)*: DUE PROCESS VIOLATIONS HAS ENDANGERED PUBLIC SAFETY

1. Your name: Q. DIAZ GATES-NGUYEN; (TWIN OF N.G GARRUCHA-GALLEGOS) ET AL.

2. Where are you incarcerated? GEORGE BAILEY DETENTION FACILITY (GBDF)

3. Why are you in custody? [X] Criminal Conviction OR CHARGES [ ] Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

FALSE CHARGES OF COMMERCIAL BURGLARY; FRAUD; FORGERY; THEFT, DUE TO MISTAKEN IDENTITY BETWEEN MULTIPLE BIRTHS RAISED APART (MBRA) AND MISCONDUCTS BY J.J. FERGUSON

b. Penal or other code sections: CPC 459; CPC 532(A); CPC 470(d); CPC 487(A) CHARGES

c. Name and location of sentencing or committing court: CALIFORNIA SUPERIOR COURT, COUNTY OF SAN DIEGO; 220 WEST BROADWAY; S.D., CA 92101

d. Case number: CASES # SCD 194876(Q5) # SCD 182951(Q4) # SCD 165856 (Q4)

e. Date convicted or committed: IN PROGRESS 2005 FEB 02 2003 MAY 23

f. Date sentenced: NO CONVICTIONS 2005 FEB 02 2003 MAY 23

g. Length of sentence: DISMISSED 13 OF 19 CHARGES 2-YEARS/PAROLE SUSPENDED 16-MONTHS/PROBATION

h. When do you expect to be released? 2008 OR WHEN MISCONDUCTS ARE REVIEWED BY FEDERAL JUDGES

i. Were you represented by counsel in the trial court? [X] Yes. [ ] No. If yes, state the attorney's name and address:

#SCD 194876 (Q5) — MR. DAVID THOMPSON; MR NIMMO; MR ARENA
#SCD 182951 (Q4) — MS DANNELLA GRZEAN
#SCD 165856 (Q4) — MS SELENA KIM-EPLEY

4. What was the LAST plea you entered? *(check one)*

[X] Not guilty [ ] Guilty [ ] Nolo Contendere [ ] Other: ____________

5. If you pleaded not guilty, what kind of trial did you have?

[ ] Jury [ ] Judge without a jury [ ] Submitted on transcript [X] Awaiting trial

**MC-275**

6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

CDCR EXTRADITION TEAM CPT. OLIVA COMMITTED TREASON MISCONDUCT BY KIDNAPPING PETITIONER Q5 IN CONTEMPT OF THE COURT OF NM JUDGE MARTIN IN 2007. DA-STP R.B WELLBORN SPECIFICALLY TOLD LCPD OFFICERS VIA CELL PHONE THAT THE LOOK-ALIKE BROTHERS OF Q4 IN CA SHOULD NOT BE EXTRADITED. BUT LCPD-L221 J.J FERGUSON CONSPIRED WITH CA-CPT OLIVA TO USE THE DISMISSED WARRANT FOR Q3 IN 2006 TO KIDNAP Q5 IN 2007 RESULTING IN 2007 WILDFIRES THAT WERE PREVENTABLE. (CAUSED BY TERRORISTS-WILDFIRES-ARSONISTS-PERPS OR TWAP ON TARS DATA BY Q5)

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

IN 2007 OCT. 10, PETITIONER Q5 (TWIN OF Q4: N.G GARRUCHA-GALLEGO) WAS BOOKED AT SAN DIEGO COUNTY JAIL IN CONTEMPT OF COURT OF JUDGE MARTIN AS WELL AS IN VIOLATION OF DUE PROCESS (CPC 1381/1382). Q5 HAS N3-TARS DATA TO PREVENT TWAP PREVENTABLE WILDFIRES, BUT PROSECUTORS WANT TO CHARGE Q5 FOR A $360 DONATION THAT DOESN'T EVEN MEET THE VALUE OF FELONY LARCENY. Q5 HAD HELPED Q3 PROVE IN 6 OF 6 NM CASES THAT Q4 WAS STILL AT CA-ASP WHILE Q3 AND Q5 WERE AT KATRINA FLOODS IN 2005. OVER 10,000 DOCUMENTS WERE REVIEWED BY NM JUDGE CANO-GARCIA, WHO WAS PROCESSED TS-SCI CLEARANCE, SO SHE SIGNED RELEASE ORDERS FOR THE EXTRADITION AND FUGITIVE CASES. PROOF INCLUDE MILLIONS OF WITNESSES OVER NEWS MEDIA; GPS TRACKING DEVICES; CODICILS AND MEDICAL RECORDS PLUS BODIES OF Q5 FAMILY WHO WERE LOST IN KATRINA'S FLOODS. TARS DATA (THAT HELPED CONVICT JUDGE/MAYOR D. MURPHY) WILL BE USED IN PHASE-3.

IN 2007 OCT. 19, PETITIONER Q5 MOVED FOR A SPEEDY TRIAL AND NO WAIVER OF RIGHTS OR DUE PROCESS SINCE TARS DATA NEEDED TO BE COMPILED TO PREVENT TWAP WILDFIRES. Q5 ASKED ATTORNEY M. DUROVIC FOR AN O/R BAIL REVIEW BUT SHE WOULD NOT SCHEDULE IT WITHIN THE 2007 OCT. 15 DEADLINE TO PREVENT THE OCT. 21 WILDFIRES. AT THE LATE PRELIMINARY IN 2007 OCT. 30 AS WELL AS IN THE LATE 2007 NOV. 2, DDA F. KHALIL SHOWED, "A CLEAR CASE OF INTENTIONAL PROSECUTORIAL MISCONDUCT" (DURHAM DA DISBARRED FOR CONDUCT, AP: BEARD) FOR CLAIMING AS FACTS CHARGES ALREADY DISMISSED BY CA JUDGE M. WOODS AS WELL AS NM JUDGE S.E. CANO-GARCIA.

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

NM MAGISTRATE COURT M14 ER 2005-149 EXTRADITION CASE – Q3: ORDERED RELEASED 2006 JAN.
NM DISTRICT COURT D307 ER 2006-002 FUGITIVE CASE – Q3: ORDERED RELEASED 2006 FEB.
NM MAGISTRATE COURT M14 FR 2006-094 LARCENY CASE – Q3: ORDERED DISMISSED 2006 MAR.
NM DISTRICT COURT D307 CR 2006-341 LARCENY CASE – Q3: ORDERED DISMISSED 2006 MAY
NM DISTRICT COURT D307 CR 2006-641 EMBEZZLEMENT CASE – Q3: ORDERED DISMISSED 2007 MAY
NM MAGISTRATE COURT M14 ER 2007-076 FUGITIVE CASE – Q5: ORDERED 10 HEARING 2007 JUNE

7. **Ground 2 or Ground** ______ *(if applicable):* **MC-275**

THE CIVIL RIGHTS OF MULTIPLE-BIRTHS RAISED-APART (MBRA) AND THEIR DUE PROCESS HAVE BEEN VIOLATED RESULTING IN DELAY OF TOP SECRET (TS-SCI) RESEARCH TO STOP TERRORISTS-WILDFIRES-ARSONISTS-PERPS (TWAP). THE RIGHT TO ADA MEDICAL CARE; ACCESS TO COURTS; DUE PROCESS TIME DEADLINES; FREE SPEECH; AND FIRST AMENDMENT MEDIA RIGHTS AS WELL AS FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT HAVE BEEN VIOLATED FOR PETITIONERS Q3 AND Q5 AS DOCUMENTED BY TARS-RAD.

a. Supporting facts:

IN 1970'S TRIPLETS OF QUINTUPLETS LEARN ABOUT EACH OTHER VIA A MBRA RESEARCH TEAM AND SIGNED TS-SCI CONTRACTS FOR LIFE.

IN 1980'S Q. DIAZ NGUYEN (Q5) SHARED A 4-YEAR GANNETT SCHOLARSHIP WITH MBRA N. G. GARMICHA-GALLEGO (Q4) AND N.G. GALLEGO (Q3) AT SDSU AND GOT A DOD COMMISSION VIA POTUS R. REAGAN WITH TS-SCI RESEARCH IN NUCLEAR-CHEM-BIO (NCB) N3-TARS (RAVEN). TRIPLETS THEN MARRIED FEMALES OF GATES FAMILY AND GOT NAME CHANGES. ALL SIGN TS-SCI CONTRACTS TO USE N3-TARS TO HELP IMPLODE COMMUNIST USSR VIA JUSTICE2000 (J2K) RESEARCH AND DEVELOPMENT (RAD) FOR INTERNET-2 AND 3 (I-NET-3) OR WEB 3.0

IN 1990'S MBRA Q4 GOT A FRACTURED SKULL IN AN ACCIDENT WHICH DIFFERENTIATES HIM FROM Q3 AND Q5 IN ADDITION TO UNIQUE NAMES; DENTAL CHARTS; GPS IMPLANTS AND TS-SCI CODES, BUT Q5 HAS IDENTICAL DNA AND FINGERPRINTS AS TWIN Q4

IN 2001, Q3; Q4; AND Q5 WERE IN N3-TARS RAD FOR DESERT VERSIONS OF I-NET-2 USING TCP/IP Q4 AND I-NET-3 USING N3-BIO-TECH. Q4 WAS ALSO CONTRACTED FOR POTUS R. REAGAN'S ALZHEIMER'S DISEASE (AD) RAD AT SAN DIEGO [illegible]

IN 2002, Q4 WAS TESTING TARS ON A [illegible] MCC POSING AS A [illegible]. Q4 GAVE HER A GIFT OF A $100 [illegible] WHICH HE HAD A [illegible] USE AGREEMENT. SHE LEARNED ABOUT THE TARS AND GOT Q4 ARRESTED WHILE HE WAS USING THE CAR.

IN 2003, Q5 WAS WITH Q3 AT [illegible] RANCH WHEN TWAP [illegible]

IN 2004, Q4 WAS TESTING N3-TARS AT CDCR FACILITIES DUE TO LEGAL MALPRACTICE BY ATTORNEYS [illegible] D. GILLEGAN.

IN 2005, Q4 GOT PAROLED FROM ASP [illegible] MBRA Q3 AND Q5 WERE AT NEW ORLEANS (NOLA) TESTING TARS WHICH SURVIVED KATRINA FLOODS BUT [illegible] Q3, Q5 [illegible] Q3 AND Q5 GOT RELOCATED TO NM AND AZ. FERGUSON ARRESTED Q3 AT NM IN NOV 9, THEN STOLE TS-SCI DOCUMENTS AND KEYS. Q5 HAD TO HELP Q3 PROVE TO NM JUDGE S.E. CANO-GARCIA THAT Q3 IS NOT Q4 FROM CA BY PROCESSING HER FOR A TS-SCI CLEARANCE. WHEN SHE REVIEWED OVER 10,000 DOCUMENTS SHE SIGNED A RELEASE ORDER SO Q5 LEFT TO TEST TARS IN IRAQ.

b. Supporting cases, rules, or other authority:

(PEOPLE V PRINCE, [illegible] 10, 235, 2005 [illegible]). "... [illegible] THE PUBLIC (OR PERHAPS ONLY TWINS OR CLONES) HAVE THE SAME GENETIC FINGERPRINT, AND SO EVIDENCE OF STATISTICAL [illegible] WILL NO LONGER BE NECESSARY."

(50 U.S.C. § 421(A)) ALSO INTELLIGENCE REFORM AND TERRORISM PREVENTION ACT (IRATPA, 2005-2006)

(PEOPLE V. SOLLORZANO, [illegible] 2005 [illegible] 50 755) "... MUST PROMPTLY CONSIDER A MOTION FOR SUBSTITUTION OF COUNSEL WHEN [illegible] HEARING IS PENDING, WHEN THE RIGHT TO EFFECTIVE ASSISTANCE WOULD BE SUBSTANTIALLY IMPAIRED IF HIS REQUEST WERE IGNORED."

MC-275

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes. ☒ No. If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): (N3-TARS DATA NOT AVAILABLE TILL IRATPA FEDERAL STATUTE WAS PASSED.)

b. Result N/A c. Date of decision: N/A

d. Case number or citation of opinion, if known: N/A

e. Issues raised: (1) N/A

(2) N/A

(3) N/A

f. Were you represented by counsel on appeal? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:

N/A

9. Did you seek review in the California Supreme Court? ☐ Yes ☒ No. If yes, give the following information:

a. Result N/A b. Date of decision:

c. Case number or citation of opinion, if known: N/A

d. Issues raised: (1) N/A

(2) N/A

(3) N/A

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

FORMERLY TS-SCI N3-TARS DATA PROVING CONSPIRACY OF FALSE CHARGES NOT AVAILABLE UNTIL THE INTEL. REFORM AND TERRORIST PREVENTION ACT (IRATPA) IMPLEMENTED IN 2005-2006. NM JUDGES WHO REVIEWED DATA RULED IN FAVOR OF PETITIONERS.

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

2007 OCT. 10 WED. ARRAIGNMENT (DEPT 11): SENT APPEAL THAT JUDGE GALLAGHER'S COMMENT ON "EVIL TWIN" WAS A VIOLATION OF DUE PROCESS SINCE Q4 HELPED CONVICT FORMER "EVIL" JUDGE/MAYOR D. MURPHY USING N3-TARS DATA.

2007 OCT. 15 MON. BAIL REVIEW (DEPT 11): SENT APPEAL THAT IGNORING OR BAIL REVIEW ENDANGERS PUBLIC SAFETY SINCE Q5 HAS THE N3-TARS DATA TO STOP PREVENTABLE TWAP ATTACKS USING WILDFIRES.

2007 OCT. 19 FRI. FELONY DISP. CON. (DEPT 35): INFORMED ATTORNEY DAVID THOMPSON THAT Q5 HAS CLASSIFIED TARS DATA FOR THE PUBLIC SAFETY OF CA AND Q5 NEEDS TO MEET WITH DHS OFFICIALS WITH SECURITY CLEARANCE. Q5 WAS IGNORED.

2007 OCT. 30 TUE. PRELIMINARY (DEPT 35): IN PREVIOUS HEARINGS ATTORNEY THOMPSON WAS SPECIFICALLY TOLD NOT TO WAIVE ANY SPEEDY TRIAL DEADLINES BUT HE IGNORED THE REQUEST SO TARS DATA COULD NOT BE USED TO STOP WILDFIRES.

b. Did you seek the highest level of administrative review available? ☒ Yes. ☐ No.

*Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ■ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15. **MC-275**

13. a. (1) Name of court: NM MAGISTRATE AND DISTRICT COURT – DOÑA ANA COUNTY (DAC) M14ER2005-149 D307CR2006-002

(2) Nature of proceeding (for example, "habeas corpus petition"): MOTION FOR RELEASE ORDER ON EXTRADITION WARRANT

(3) Issues raised: (a) PERJURY AND TREASON DUE TO MISCONDUCT BY NM-LCPD-1221 DET. J.J. FERGUSON

(b) MISTAKEN IDENTITY DUE TO LOSS OF ID'S AT KATRINA'S FLOODS BY DEFENSE RESEARCHERS Q3 AND Q5

(4) Result (Attach order or explain why unavailable): ORDER OF RELEASE BY JUDGE S.E. CANO-GARCIA

(5) Date of decision: 2006 FEBRUARY FOR Q3 ASSISTED BY Q5 AND NM ATTORNEY K. HENRIE.

b. (1) Name of court: NM MAGISTRATE COURT, 151 CHURCH STREET, LAS CRUCES, NM 88001

(2) Nature of proceeding: EXTRADITION IDENTITY HEARINGS (M14 ER 2005-149)

(3) Issues raised: (a) PERJURY; THEFT OF CLASSIFIED KEYS; AND TREASON BY 1221 DET. J.J. FERGUSON

(b) MULTIPLE-BIRTHS-RAISED-APART (MBRA) NEED MULTIPLE IDENTIFIERS BEYOND FEATURES AND PRINTS

(4) Result (Attach order or explain why unavailable): ORDER OF RELEASE DUE TO 60-DAYS LIMIT DEADLINE

(5) Date of decision: 2005 DECEMBER PROCESSED 2006 JANUARY FOR Q3 ASSISTED BY Q5

c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
MULTIPLE HEARINGS AVAILABLE IN CASE FILES LISTED AT ITEM # 6b.

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)
N3-TARS DATA WAS PHASE-1 TS-SCI UNTIL AFTER 2005 IRATPA IMPLEMENTED SO THE MIGN3 RESEARCH AND DEVELOPMENT (RAD) WAS DECLASSIFIED TO CS-NTK (CONFIDENTIAL SECRET-NEED TO KNOW) PHASE-2

16. Are you presently represented by counsel? ■ Yes. ☐ No. If yes, state the attorney's name and address, if known:
MR KEN HENRIE (Q3) MR. DONALD SPECTER (Q4) MR. DAVID THOMPSON (Q5)
505-426-9400 415-457-9144 619-338-4633

17. Do you have any petition, appeal, or other matter pending in any court? ■ Yes. ☐ No. If yes, explain:
SEVERAL THOUSAND PI/PD/WD LAWSUITS IN PROGRESS ON BEHALF OF 2007 WILDFIRE VICTIMS SINCE DELAY OF Q5 PREVENTED COMPILATION OF TARS DATA TO STOP THE PREVENTABLE CA WILDFIRES.

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
N3-TARS DATA SHOW AN EXPECTED NCB ATTACK IN SAN FRANCISCO BUT THE CA SUPERIOR COURT JUDGES AND ATTORNEYS WANT TO PURSUE A $360 DONATION CASE INSTEAD.

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: ▶ Q. Diaz Gates [signature]
(SIGNATURE OF PETITIONER)

(PAR. A)

Ⓐ THREE COMMUNIST WRONGS DOES NOT EQUAL TRUTH, JUSTICE AND THE AMERICAN WAY DEMOCRACY.

(PAR. B)

Ⓑ IN 2007 MAY 22, CA-PCSD AGENT S. HERNANDEZ (SH) FILED 1676 CHARGE FORM WITH CHARGE-1 ABSCONDING AND CHARGE-2 FALSE ID FORGERY FOR A T94013 PAL WARRANT. SIMILAR CHARGES ALREADY DISMISSED BY NM JUDGES, HAVE DELAYED WINNING THE WAR ON TERROR (WOT) VIA 24-HOURS TARS (TRACK AND RECORD SURVEILLANCE). SINCE 2005 NOV. IDENTICAL DNA BROTHERS HAVE PROVED TO NM JUDGES THAT: ① THE WRONG BROTHERS ARE BEING ARRESTED; ② THE BROTHERS' ID'S ARE NOT FALSE; AND ③ THE CHARGES AND CONVICTIONS ARE FRAUDULENT DUE TO MISCONDUCT. THE PRIMARY CAUSE IS THAT CDCR AGENCIES HAVE WRONG NAMES IN THEIR C-FILES. CORRECTED COURT DOCUMENTS HAVE NOT UPDATED CDCR PAROLE FILES.

(PAR. C)

Ⓒ IN 2006 FEB. AS RULED BY NM JUDGE S.E. CANO-GARCIA, AN ARREST OR CONVICTION OR REVOCATION MUST NOT BE BASED ON APPEARANCE OR FINGERPRINTS ALONE WHEN IDENTICAL-TWINS-RAISED-APART (ITRA) ARE INVOLVED. DENTAL CHARTS, MRI, SIGNATURES, SPERM COUNTS, SURGERIES, X-RAYS OR OTHER IDENTIFIERS ARE NEEDED. TWINS RESEARCHER PUBLISHED IN 1996 THAT "IDENTICAL TWINS HAVE SIMILAR BRAIN WAVES, ELECTRO CARDIOGRAMS, FINGERPRINT RIDGE COUNTS..." (DR. J. FERRAMI). OVER 10,000 PAGES OF MEDICAL TOP SECRET (TS-SCI) RECORDS WERE REVIEWED BY JUDGE CANO-GARCIA. SO SHE SIGNED A RELEASE ORDER FOR TWIN Q3 DETAINED AT NM-DACDC JAIL. BUT TARS SYSTEMS BEING TESTED AT BORDER STATES GOT DATA OF AL-FATAH, AL-QAEDA, AL-SADR (A3) MOLES OR SPIES BRIBING ADA-STP RICHARD B. WELLBORN. FIVE CASES WERE REVIEWED BY 6 NM JUDGES ALL RULING IN FAVOR OF DEFENDANTS.

(PAR. D)

Ⓓ IN 2005, CDCR COMPILED T94013 LEGAL DOCUMENTS USING NAMES THAT DO NOT MATCH THE CA-DMV FILES OR THE CORRECTED COURT CASE FILES. SO THE T94013 NAMES CLAIMED TO BE THE TRUE NAMES BY CDCR ARE ACTUALLY FALSE. NO PROOF DOCUMENTS SUCH AS ADOPTIONS, BIRTHS, CHURCHES, MARRIAGES, NAME CHANGES, SCHOOLS, ETC. ARE AVAILABLE FOR THE CDCR FILE NAMES. SO NO LOOK-ALIKE ITRA (M*BRA) CAN LEGALLY OBTAIN REPLACEMENT ID'S TO MATCH THESE BOGUS CDCR FILE NAMES. THE FRAUD IS THE INTENTIONAL OR UNINTENTIONAL FALSE DATA IN CDCR DOCUMENTS. FALSE ARRESTS BASED ON APPEARANCE AND RECORDED MISCONDUCT BY NM OFFICIALS COMPOUND THE FRAUDS TO TREASON.

| MIC CODE | FALSE NAMES OF T94013 | FALSE REPORTS | REPORT DATES | REPORT SOURCES |
|---|---|---|---|---|
| Q4 | NOEL GALLEGO GARRUCHA | LEGAL STATUS SUMMARY | 2005 MAY 17 | CA: CDCR-RECORDS |
| Q5 | NOEL GARRUCHA | BPT 1135 CASE RECORDS | 2007 MAY 21 | CA: BPT (D. DE LOS SANTOS) |
| Q5 | NOEL GALLEGOS GARRUCHA | LCPD-L2007-11193 CASE | 2007 MAY 22 | NM: LCPD (167 J. FERGUSON) |
| Q5 | NOEL G. GARRUCHA | CDC 1502B & INSTRUCTION LTR. | 2007 MAY 23 | CA: PCSD (S. HERNANDEZ) |
| Q5 | NOEL GARRUCHA | CDC 1676 CHARGE SHEET | 2007 MAY 30 | CA: PCSD (S. HERNANDEZ) |
| Q5 | N GARRUCHA | CDC 114D LOCK-UP ORDER | 2007 JUNE 6 | CA: CDCR (G. SAVALA) |

DUE TO MISCONDUCT, NM WELLBORN AND FERGUSON WILL BE ON 24-HOURS TARS TESTS. OVER 1,000

CLASS ACTIONS FOR WRONGFUL DEATHS OF ALLIED FORCES SINCE 2006 FEB. ARE BEING FILED. CA OFFICIALS NEED TO NOTE THAT LOOK-ALIKE ITRA ARE INVOLVED; PROCESS CORRECTIONS VIA MEDIA AND COURTS; AND STOP EXECUTING WARRANTS BASED ON APPEARANCE ALONE. THE CORRECTIONS NEED TO BE DONE OUTSIDE OF CUSTODY. SO THE FALSELY ARRESTED TWINS OF Q4 WILL NEED TO HAVE THEIR DOCUMENTS OR ID'S RETURNED, Q5 IS NEEDED TO MASS PRODUCE N3-TARS-BUGS TO WIN THE WOT. FROM 2006 FEB., THE DEATHS OF ALLIED FORCES MAY BE BLAMED ON FRAUD IN THE CDCR C-FILES; CA AND NM AGENT'S PERJURY IN DOCUMENTS; AND 24-HRS. RECORDED N3-TARS-DATA AND M3 MICROBOTS EVIDENCE OF MISCONDUCTS.

(PAR. E)

Ⓔ IN 2004 JUNE 8, THE T94013 CONTROL-CASE ARREST ON THE FORGERY-CHECK-CASHING ACT IS FALSE DUE TO POWER OF ATTORNEY (POA) AUTHORIZATION. J2K INTERN R.S. PHILLIPS ASKED Q4 VIA POA IN 2004 JAN. TO ACT ON KEEPING ACTIVE HIS CLASSES AT SDCCD AND INTERNSHIP SINCE HE WOULD BE LATE RETURNING FROM WA. AS RESEARCHERS IN TARS SYSTEMS, THE Q-BROTHERS HAVE AGREED TO HAVE ALL EVENTS IN THEIR LIVES RECORDED IN J2K PROJECTS. THE GOAL OF J2K IS FOR SIMULTANEOUS TARS OF MILLIONS OF SUBJECTS IN AREAS THE SIZE OF AFGHANISTAN, IRAN, IRAQ, SAUDI ARABIA, ETC. FOR LOW LEVEL RESEARCHERS LIKE NM FERGUSON OR MYERS TO BE COMPETENT IN TARS SYSTEMS THEY MUST LEARN HOW RESEARCH COMPANIES LIKE CA SCIENCE APPLICATION INTERNATIONAL CORP. (SAIC) OR 2005 CA REGISTERED MICRO SOFT INVESTMENT CLUBS (MIC) OPERATES. MIC IS ON HOLD-SUSPENSION AT CA TO MOVE MIC-HQ TO ANOTHER STATE FOR THE N3-TARS IPO.

REPORT ID: TS3030 REPORT DATE: 08/01/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
R.J.DONOVAN CORR. FACILITY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU AUG. 01, 2007

ACCOUNT NUMBER : T94013 BED/CELL NUMBER: F209000000000306U
ACCOUNT NAME : GARRUCHA, NOEL GALLEGO ACCOUNT TYPE: I
PRIVILEGE GROUP: U

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 07/17* | DD30 | CASH DEPOSIT | 0270/HU | | 2.77 | | 2.77 |
| 07/26 | W516 | LEGAL COPY CH | 0451/JUL07 | | | 0.40 | 2.37 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/23/03 CASE NUMBER: SCD165856
COUNTY CODE: SD FINE AMOUNT: $ 800.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | 798.60 |
| 07/17/07 | DR30 | REST DED-CASH DEPOSIT | 3.07- | 795.53 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 2.77 | 0.40 | 2.37 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 2.37 |

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION FACILITY SERVICES**

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. ***ES IMPORTANTE** para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: *Nombre del Encarcelado:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Tanque:* |
|---|---|---|---|
| Q. DIAZ GATES-NGUYEN (Q5) N.G GARRUCHA-GALLEGO (Q4) | 7775738 | GBDF | 4B-229 |

TO: CLERK OF DISTRICT COURT
BOX 36060
S.F, CA 94102-9680

RE: N3-TARS DATA ON NCB ATTACK IN S.F.

GREETINGS!

(A) THE INCOMPETENT ADA IN S.D. COUNTY IS CLAIMING A $360 DONATION IS WORTH A SERIES OF FELONY CHARGES. SHE FEELS THAT IS MORE IMPORTANT THAN OUR N3-TARS DATA FROM OUR RESEARCH TO STOP THE WILDFIRE ATTACKS OR THE NCB PLANS TO ATTACK SAN FRANCISCO.

(B) PLEASE SEND THE MOTION FOR IFP FOR THE ENCLOSED WRIT.

SEND TO:
Q. DIAZ GATES-NGUYEN
ATTN: N. GARRUCHA LEGAL MAIL 7775738
446 ALTA ROAD 4B-229
S.D, CA 92158-0114

ENCLOSED IS

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

FILED

JAN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Dear Sir or Madam: E-filing

Your petition has been filed as civil case number CV 08 0718

(PR)

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. __✓__ you did not file an In Forma Pauperis Application.

2. _____ the In Forma Pauperis Application you submitted is insufficient because:

_____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

_____ You did not sign your In Forma Pauperis Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

_____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other ______________________________

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By ______________________
Deputy Clerk

rev. 11/07

DIAZ GATES NGUYEN

FILED

FEB 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

CV 08 0718

Your petition has been filed as civil case number ______________.

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. __✓__ the In Forma Pauperis Application you submitted is insufficient because:

__✓__ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

_____ You did not sign your In Forma Pauperis Application.

__✓__ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

__✓__ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other ______________________________

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By ______________
Deputy Clerk

N. G. GARRUCHA

rev. 11/07

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

FILED

FEB 25 2008

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 1983

FILING FEE PAID Yes___ No ✓

IFP MOTION FILED Yes___ No___

COPIES SENT TO Court ✓ ProSe

I (a) PLAINTIFFS

**Q. Diaz Gates-Nguyen**

DEFENDANTS

**JJ Ferguson**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**Q. Diaz Gates-Nguyen**
**446 Alta Road, Suite 5300**
**San Diego, CA 92158**
**T-94013**

ATTORNEYS (IF KNOWN)

'08 CV 0369 W BLM

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**28 U.S.C. 2254**

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

**CONTRACT**
☐ 110 Insurance
☐ Marine
☐ Miller Act
☐ Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Eiectmant
☐ 240 Tort to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury- Medical Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☒ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710Fair Labor Standards Act
720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc.
☐ Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (13958)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reappointment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State
☐ 890 Other Statutory Actions

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☒ 5 Transferred from another district (specify) NO. CALIFORNIA ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 DEMAND $ Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE Docket Number

DATE 2/25/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~ R. Mille