Q. GATES DIAZ NGUYEN AKA Q. DIAZ GATES-NGUYEN
PLAINTIFF/PETITIONER/MOVANT'S NAME BOOKED AS N. G. GARRUCHA-GALLEGO
PRISON NUMBER
SB # 7775738
PLACE OF CONFINEMENT
SAN DIEGO SHERIFFS DEPARTMENT (SDSD) CENTRAL DETENTION FACILITY (CDF)
ADDRESS
1173 FRONT STREET
SAN DIEGO, CA 92101-0314
619-615-2700

FILED
2008 MAR 27 AM 9:07
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

# United States District Court
## Southern District Of California

NOEL GATES GARRUCHA-GALLEGO; ET AL.,
Plaintiff/Petitioner/Movants

v.

JEFFREY J. FERGUSON (L221); ET AL.,
Defendant/Respondent

Civil No. 08CV0369 W (BLM)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)
JOINT WITH #CV 08-0718 JSW (PR)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I, Q. DIAZ GATES-NGUYEN (A MULTIPLE BIRTH RAISED APART) BOOKED AS N. G. GARRUCHO,
declare that I am ~~the~~ A Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to question 2)
   If "Yes," state the place of your incarceration CDF OF SDSD
   Are you employed at the institution? ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

PLEASE SEND 3 MORE SETS OF CIV-67 FOR OTHER MBRA BROTHERS WHO ARE CO-PLAINTIFFS.

2. Are you currently employed? ☒ Yes ☐ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

RESEARCH INTERN OF MIC, BOX 5510, AGANA, GU 96932,
A SPECIAL INTEREST GROUP OF MINORSHARE CONTRACTED AT
$1.00 GRANT PER YEAR PLUS STOCK OPTIONS

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

N/A

3. In the past twelve months have you received any money from any of the following sources?:

a. Business, profession or other self-employment ☐ Yes ☒ No
b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
c. Pensions, annuities or life insurance ☐ Yes ☒ No
d. Disability or workers compensation ☐ Yes ☒ No
e. Social Security, disability or other welfare ☐ Yes ☒ No
e. Gifts or inheritances ☐ Yes ☒ No
f. Spousal or child support ☐ Yes ☒ No
g. Any other sources ☐ Yes ☒ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

N/A

4. Do you have any checking account(s)? ☐ Yes ☒ No

a. Name(s) and address(es) of bank(s): N/A
b. Present balance in account(s): N/A

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No

a. Name(s) and address(es) of bank(s): N/A
b. Present balance in account(s): N/A

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No

a. Make: N/A Year: N/A Model: N/A
b. Is it financed? ☐ Yes ☒ No
c. If so, what is the amount owed? N/A

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes ☒ No
If "Yes" describe the property and state its value. N/A

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. NONE - WIFE & MINOR CHILDREN LOST AT KATRINA'S FLOODS WHILE MBRA BROTHER Q4 WAS AT CA AVENAL STATE PRISON

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): NONE

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
PRESENTLY PROVIDED HOUSING & MEALS AT COUNTY JAIL, WHILE RESEARCH INTERN, EXPENSES ARE PAID BY RESEARCH GRANTS.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

2008 MARCH 13
DATE

SIGNATURE OF APPLICANT

(A) MOVE TO FILE JOINT WITH WRIT OF HABEAS CORPUS #CV 08-0718

(B) MOVE TO ORDER CORRECTION OF MISPELLED NAME BY SDSD COMPUTER FROM "GARRUCHO" TO "GARRUCHA", SEE [EXHIBIT 2008B06]



C13-3

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE

**(Incarcerated applicants only)**

(To be completed by the institution of incarceration)

I certify that the applicant N.G. GARRUCHO (TWIN) Q. DIAZ GATES-NGUYEN,
(NAME OF INMATE)

AKA NOEL GATES GARRUCHA-GALLEGO (SB#777573B),
(INMATE'S CDC NUMBER)

has the sum of $ 0.79 on account to his/her credit at SAN DIEGO SHERIFFS DEPARTMENT (SDSD) CENTRAL DETENTION FACILITY (CDF).
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities : (NONE)

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $ 8.03,

and the ***average monthly deposits*** to the applicant's account was $ 20.00.

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

(SEE PRINTOUT)

2008 FEB. 06
DATE

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

OFFICER'S FULL NAME (PRINTED)

OFFICER'S TITLE/RANK

[EXHIBIT 2008 B06]



C13-4

**TRUST ACCOUNT WITHDRAWAL AUTHORIZATION**
**(Incarcerated applicants only)**

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, N.G. GARRUCHA-GALLEGO/Q.D. GATES-NGUYEN SB# 7775738, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ■ $350 (civil complaint) or □ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

2008 MARCH 13
DATE

QDGN for GARRUCHA-GALLEGO
SIGNATURE OF PRISONER



C13-5

# SAN DIEGO SHERIFFS DEPARTMENT

## Account Activity

**Fac:** 1 **Account Group:** INMATE **Account Type:** GEN

**Account #:** 7775738

**Name(L,F,M,S):** GARRUCHO, NOEL, GALLEGO

**Start Dt/Tm:** 01-01-1990 1200 **Ending Dt/Tm:** 02-06-2008 0844

| Transaction # | Transaction Type | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|
| 400922616 | HISTOB | 10-12-2007 1749 | $20.36 | $20.36 |
| 400937003 | COM | 10-22-2007 1039 | ($13.84) | $6.52 |
| 400954577 | COM | 11-05-2007 0947 | ($5.07) | $1.45 |
| 400971368 | COMRET | 11-16-2007 0731 | $13.84 | $15.29 |
| 401006397 | COM | 12-10-2007 0706 | ($12.62) | $2.67 |
| 401009218 | COMRET | 12-11-2007 1701 | $1.18 | $3.85 |
| 401062148 | CKDIR | 01-11-2008 1434 | $20.00 | $23.85 |
| 401065593 | COM | 01-14-2008 0737 | ($21.04) | $2.81 |
| 401067121 | COM | 01-14-2008 1701 | ($0.07) | $2.74 |
| 401089333 | COM | 01-28-2008 0730 | ($1.95) | $0.79 |

**Transaction Total:** $0.79

**Total Amount by Transaction Type**

| | |
|---|---|
| CKDIR / CHECKS POSTED DIRECTLY TO INMATE'S BOOKS | $20.00 |
| COM / COMMISSARY INMATE PURCHASING ITEMS | ($54.59) |
| COMRET / COMMISSARY - INMATE RETURNING ITEMS | $15.02 |
| ANSFER OF FUNDS FROM THE CIN ACCOUNT TO AN ACTIVE BOOKING ACCOUNT | $20.36 |

**Transaction Total:** $0.79

[EXHIBIT 2008 B06]

B06

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE FORM
## FORMA DE QUEJA DE PRESO

☒ SDCJ ☐ DDF ☐ GBDF ☐ EMDF ☐ LCDF ☐ SBDF ☐ VDF

From: GARRUCHA (TWIN) GATES-NGUYEN, Q. DIAZ — 7775738 — 40-03
De: Name (Last, First, Middle) / Nombre (Ultimo, Primero, Segundo) — Booking Number / Número de ficha — Housing unit / Unidad de alojamiento

Grievance is about / La queja es acerca de: ☐ Jail Procedures / Procedimientos de la Cárcel ☐ Jail Conditions / Condiciones de la Cárcel ☐ Medical / Médico ☒ Other / Otro CORRECTION OF MISSPELLED NAME

Date and Time of Incident: / Fecha y hora del incidente: 2008 FEB. 06 (0844)

Describe the reason for your grievance in your own words. Please be specific. (*Use additional sheets if necessary*)
Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesiario)

THANKS FOR PROVIDING ACCOUNT ACTIVITY PRINT-OUT. PLEASE CORRECT THE MISSPELLED NAME IN THIS SUBSYSTEM FOR SB# 7775738. THE CORRECT SPELLING OF MY MULTIPLE-BIRTHS-RAISED-APART (MBRA) IDENTICAL DNA-TWIN BROTHER IS "GARRUCHA" NOT "GARRUCHO". THE CORRECT FULL NAME AS FILED IN THE CA-DMV IS NOEL G. GARRUCHA-GALLEGO

DUE TO THIS ERROR, MY CANTEEN ORDERS WERE DELAYED RESULTING IN NOT BEING ABLE TO ACCESS THE COURTS TO FILE LEGAL DOCUMENTS TO HELP PREVENT THE ARSONIST WILDFIRES IN 2007 OCT. AT SAN DIEGO COUNTY (SDC). MY BROTHERS AND I ARE SEEKING A COURT ORDER TO GET THE CORRECT SPELLINGS AS PART OF CORRECTING OUR RECORDS.

[signature] FOR GARRUCHA-GALLEGO — 2008 MAR. 5
Inmate Signature / Firma de Preso — Date / Fecha

*BOX BELOW IS FOR OFFICIAL USE ONLY*

Received by: ______ Signature of receiving staff member ______ ARJIS # ______ Date ______ Time

Entered in JIMS: ______ Date ______ Time ______ JIMS Grievance Number

Routed to: ______ Print name of individual or unit ______ Date ______ Time

☐ This is not a grievance: ☐ This is an inmate request—resolve appropriately. (No entry in JIMS.)
☐ This is an appeal of discipline—JIMS Incident # ______
☐ This is a complaint against staff—handle appropriately. (No entry in JIMS.)

J-22 (Rev 6/04) Original goes to booking jacket Copy goes to inmate after being signed by staff member

[EXHIBIT # 2008 C 05] CQS

# San Diego County SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE FORM
## FORMA DE QUEJA DE PRESO

☒ SDCJ ☐ DDF ☐ GBDF ☐ EMDF ☐ LCDF ☐ SBDF ☐ VDF

From: GARRUCHA-GALLEGO, N. G. (TWIN) GATES-NGUYEN — 7775738 — 4D-3
De: Name (Last, First, Middle) / Nombre (Ultimo, Primero, Segundo) — Booking Number / Número de ficha — Housing unit / Unidad de alojamiento

Grievance is about: ☐ Jail Procedures ☐ Jail Conditions ☐ Medical ☒ Other TRUST ACCOUNT STATEMENT
La queja es acerca de: Procedimientos de la Cárcel, Condiciones de la Cárcel, Médico, Otro

Date and Time of Incident: / Fecha y hora del incidente: 2008 MAR. 13 THURSDAY

Describe the reason for your grievance in your own words. Please be specific. (*Use additional sheets if necessary*)
Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesiario)

RECEIVED ORDERED FILING BY JUDGE T. J. WHELAN TO OBTAIN "TRUST ACCOUNT STATEMENT FOR THE 6-MONTH PERIOD" PRIOR TO MARCH 2008. PLEASE PROVIDE THIS STATEMENT IN SUPPORT OF A CLASS ACTION LAWSUIT ENTITLED "NOEL GATES GARRUCHA-GALLEGO; ET AL. V. JEFFREY J. FERGUSON; ET AL." THIS LAWSUIT INVOLVES THE KIDNAPPING AND FALSE IMPRISONMENT OF THE WRONG MULTIPLE-BIRTH-RAISED-APART (MBRA) BROTHER CONTRARY TO THE ORDERS OF NM JUDGES WHO HAD DETERMINED THAT MBRA Q5 OR Q. DIAZ GATES-NGUYEN HAD THE DATA IN THE TARS SYSTEMS HE WAS RESEARCHING TO PREVENT THE WILDFIRES IN SAN DIEGO DURING 2007 OCT. BY TERRORIST ARSONISTS. FERGUSON IS A NM-LCPD DETECTIVE WHO VIOLATED THE ORDERS OF NM JUDGES SINCE HE STOLE THE KEYS TO CLASSIFIED RESEARCH OFFICES AT NEW ORLEANS AT A 2005 ARREST OF Q3,

QDGN FOR GARRUCHA-GALLEGO — 2008 MARCH 13 TH
Inmate Signature / Firma de Preso — Date / Fecha

BOX BELOW IS FOR OFFICIAL USE ONLY

Received by: ____ Signature of receiving staff member ____ ARJIS # ____ Date ____ Time

Entered in JIMS: ____ Date ____ Time ____ JIMS Grievance Number

Routed to: ____ Print name of individual or unit ____ Date ____ Time

☐ This is not a grievance: ☐ This is an inmate request—resolve appropriately. (No entry in JIMS.)
☐ This is an appeal of discipline—JIMS Incident # ____
☐ This is a complaint against staff—handle appropriately. (No entry in JIMS.)

J-22 (Rev 6/04) Original goes to booking jacket Copy goes to inmate after being signed by staff member

[EXHIBIT 2008C13] C13

CORRECT SPELLING

LEGAL STATUS SUMMARY TYPE- D AVE 05/17/2005 21:41

| CDC NUMBER | NAME | ETHNIC | BIRTHDATE |
|---|---|---|---|
| T94013 | GARRUCHA,NOEL,GALLEGO | OTH | 09/20/1960 |

| TERM STARTS | MAX REL DATE | MIN REL DATE | MAX ADJ REL DT | MIN ADJ REL DT |
|---|---|---|---|---|
| 02/14/2005 | 03/23/2006 | 09/03/2005 | 03/23/2006 | 09/03/2005 |

BASE TERM 2/00 + ENHCMNTS 0/00 = TOT TERM 2/00 | PAROLE PERIOD 3 YRS

PRE-PRISON + POST SENTENCE CREDITS

| CASE | P2900-5 | P1203-3 | P2900-1 | CRC-CRED | MH-CRED | P4019 | P2931 | POST-SENT | TOT |
|---|---|---|---|---|---|---|---|---|---|
| SCD182951 | 234 | | | | | 78 | 11 | | 323 |

PC296 DNA COMPLETED

| RECV DT/ CNT | COUNTY/ OFF-CODE | CASE DESCRIPTION | SENTENCE DATE | CREDIT CODE | OFFENSE DATE |
|---|---|---|---|---|---|

CONTROLLING PRINCIPAL & CONSECUTIVE (INCLUDES ENHANCEMENTS/OFFENSES):

---CONTROLLING CASE --

| | | | | | |
|---|---|---|---|---|---|
| 2/14/2005 | SD | SCD182951 | 2/03/2005 | | |
| 10 | P470A | FORG DR/L OR ID | | 1 | 03/16/2004 |

R.S. PHILLIPS

GALLEGO GATES

NIXON

LINLEY

NON-CONTROLLING OFFENSES:

| | | | | | |
|---|---|---|---|---|---|
| 5/29/2003 | SD | SCD165856 | 5/23/2003 | | |
| 01 | V10851(A) | VEHICLE THEFT | | 1 | 02/25/2002 |
| 02 | P368(D) | THEFT/EMBEZZ OF ELDER | | 1 | 02/25/2002 |

| TRAN TYPE | DATE | END DATE | LOG NUMBER | RULE NUMBER | ASSESS | LOST | REST | DEAD |
|---|---|---|---|---|---|---|---|---|

(DAYS: ASSESS LOST REST DEAD)

BEG 05/29/2003 ******BEG BAL*******
CURRENT PC BALANCE: 0 CURRENT BC BALANCE: 0

[EXHIBIT 2005 E17]

E17