**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2008 APR -7 PM 3:47
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE Major
FROM: R. Mullin, Deputy Clerk RECEIVED DATE: 3/27/2008
CASE NO.: 08cv0369 W (BLM) DOCUMENT FILED BY: Petitioner
CASE TITLE: Gates-Nguyen et al v. Ferguson
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | 83.9 | **OTHER: Ex parte communication is prohibited.** |

Case dismissed 4/4/08.

**Date forwarded:** 3/27/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Major

Dated: 4/7/08 By: Kane Pro Se

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

TO: HONORABLE JUDGE T.J. WHELAN
ATTN: U.S. DISTRICT COURT CLERK

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION FACILITY SERVICES**

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. ***ES IMPO*** **REJECTED**
*persona que reciba ésta carta lea el reverso de ésta página.*

| **Inmate's Name:** *Nombre del Encarcelado:* | **Booking No.:** *Número:* | **Facility:** *Cárcel:* | **Housing Unit:** *Tanque:* |
|---|---|---|---|
| Q. DIAZ GATES-NGUYEN (Φ5)<br>N.G GARRUCHA-GALLEGO (Φ4) | 7775738 | SDSD/CDF | 4D-3 |

(A) THANKS FOR THE ORDER FILED 2008 MAR. 10. ENCLOSED IS THE CIV-67 FOR Q5. PLEASE SEND 3-MORE IF YOU WANT EACH OF THE MULTIPLE BIRTHS-RAISED-APART (MBRA) BROTHERS TO SUBMIT A CIV-67.

(B) WOULD I BE ABLE TO HAVE A JOINT FILING WITH THE PETITION FOR A WRIT OF HABEAS CORPUS # CVΦ8-Φ718 JSW(PR)? AS PART OF THIS DOCUMENT #3 "MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IFP" I'D LIKE TO REQUEST A CORRECTION ORDER FOR THE "ACCOUNT ACTIVITY" SYSTEM OF THE SDSD AT CDF.

(C) AS PART OF THE JUSTICE 2000 (J2K) RESEARCH PHASE 2, ALL PARTICIPANTS IN THESE J2K CASES WILL BE INVESTIGATED BY MEDIA AS WELL AS TESTED IN THE 24-HOURS TARS SYSTEMS VIA THE INTERNET-3 TCP/IP DESIGN, AS LONG AS ANY ONE OF OUR PLAINTIFFS ARE FALSELY IMPRISONED AND OUR 6TH AMENDMENT RIGHTS OF HAVING ACCESS TO COURTS ARE VIOLATED VIA LEGAL AND MEDICAL MALPRACTICE.

(D) THANKS FOR YOUR QUICK RESPONSE TO ASSIST PREVENTING THE TERRORISTS WILDFIRES.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

C14