**RETURNED MAIL**
**L.R. 83.3.e requires prompt notification to the court of any change of address.**
**Date:** 4-16-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

RTS

N. Gates Garrucha-Gallego, T-94013
[redacted]