08CV369 W BLM

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

**RETURNED MAIL**
**L.R. 83.3.e requires prompt notification to the court of any change of address.**
**Date:** 4/16/08

N. GATES GARRUCHA · GALLEGO
T-94013
446 ALTA ROAD, STE 5300
SAN DIEGO, CA [redacted]